# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

-vs-               **Case No.  6:05-cv-1171-Orl-31JGG**

**REAL PROPERTY, INCLUDING ANY
BUILDINGS, APPURTENANCES &
IMPROVEMENTS THEREON LOCATED
AT 14148 POPCORN TREE COURT,
ORLANDO, FLORIDA; CHARLES
WATSON'S INTEREST IN SUGAR
CREEK CAPITAL, LLC; CHARLES
WATSON'S INTEREST IN GLOBAL
CAPITAL FUND (GCF);  & CHARLES
WATSON'S INTEREST IN THE GLOBAL
CAPITAL HOLDINGS FUND (GCH),**

     **Defendants.**
_____

# ORDER

   Upon consideration of the Request to Enter Default as to Real Property located at 14148

Popcorn Treet Court, Orlando, Florida; Charles Watson's Interest in Sugar Creek Capital, LLC.,

Charles Watson's Interest in the Global Capital Fund (GCF), and Charles Watson's Interest in the

Global Capital Holdings Fund (GCH) (Doc 23), it is

   **ORDERED** that the Clerk is directed to enter default as requested.  Plaintiff shall, within

10 days, file its motion for default judgment, including a proposed form of judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 18, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE