UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.                                **Case No. 6:05-cv-1171-Orl-31JGG**

**REAL PROPERTY, INCLUDING
ANY BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS THEREON, LOCATED AT
14148 POPCORN TREE COURT, ORLANDO,
FLORIDA**

**CHARLES WATSON'S INTEREST
IN SUGAR CREEK CAPITAL, LLC,**

**CHARLES WATSON'S INTEREST
IN THE GLOBAL CAPITAL FUND
(GCF) AND,**

**CHARLES WATSON'S INTEREST
IN THE GLOBAL CAPITAL HOLDINGS
FUND (GCH).**

        **Defendants.**
_____/

**DEFAULT JUDGMENT**

      THIS CAUSE comes before the Court upon the Motion of the United States of America for Default Judgment as to Charles Watson and Angela Rojas-Watson (Doc. 19).  There being no objection thereto, it is

      **ORDERED** that the Motion of the United States is GRANTED and Judgment is hereby entered for Plaintiff and against Charles Watson and Angela Rojas-Watson as potential claimants in this action.

      **DONE** and **ORDERED** in Chambers at Orlando, Florida, this 19th day of January, 2006

cc:    Counsel of Record
         Unrepresented Parties

                                              GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE