**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                                      Case No. 6:05-cv-1171-Orl-31JGG

**REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES & IMPROVEMENTS THEREON LOCATED AT 14148 POPCORN TREE COURT, ORLANDO, FLORIDA; & CHARLES WATSON'S INTEREST IN SUGAR CREEK CAPITAL, LLC;**

        **Defendants.**

_____

# ORDER

Upon consideration of the United States of America's Amended Motion for a Judgment of Forfeiture (Doc. 46), and the Court, having reviewed the Amended Motion, Settlement Agreements with Homecomings Financial and the Orange County Tax Collector, and the Stipulations from Charles Watson and Angela Rojas-Waston, finds that the Motion is well taken.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for a Judgment of Forfeiture is granted.

It is further ORDERED, ADJUDGED and DECREED:

1.     That the United States of America's interest in the real property located at 14148 Popcorn Tree Court is subject to the lien of the Orange County Tax Collector. The United States

shall pay the Orange County Tax Collector solely from the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses relating to seizure, maintenance, custody, and disposal, the standard ad valorem and non ad valorem real property taxes for tax year 2005 as well as those assessed up to the date of entry of the Judgment of Forfeiture.

2. That the United States of America's interest in the real property located at 14148 Popcorn Tree Court is subject to the lien of Homecomings Financial. The United States shall pay Homecomings Financial solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses relating to seizure, maintenance, custody, and disposal, $328,377.97 with a per diem rate of $52.68.

3. That the United States Marshals Service is directed to seize and dispose of the 14148 Popcorn Tree Court according to law.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 23, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party